No. 590.   UNITED STATES *v.* SAFEWAY STORES, INC; and No. 591.   SAFEWAY STORES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Solicitor General Perlman* for the United States. *Elisha Hanson* and *Arthur B. Hanson* for Safeway Stores, Inc.

No. 709.   CHENERY CORPORATION ET AL. *v.* SECURITIES & EXCHANGE COMMISSION ET AL.   C. A. 3d Cir.   Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Charles A. Horsky, Daniel M. Gribbon* and *Wilbur R. Lester* for the Chenery Corporation et al.; and *Allen S. Hubbard* for the Federal Water & Gas Corporation, petitioners. *Solicitor General Perlman, Robert L. Stern, Roger S. Foster* and *Ellwood L. Englander* for the Securities & Exchange Commission; and *Percival E. Jackson* for the Federal Water & Gas Corporation Common Stockholders' Committee, respondents.

No. 357, Misc.   ROSS *v.* STATE OF WASHINGTON.   Supreme Court of Washington.   Certiorari denied.   Petitioner *pro se. Smith Troy,* Attorney General of Washington, and *Jennings P. Felix,* Assistant Attorney General, for respondent.